# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

23-811 C

Names: Larry Golden

Location of Plaintiff(s)/Petitioner(s) (city/state): Greenville, South Carolina

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Larry Golden ProSe
Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____
Street Address: 740 Woodruff Rd., #1102
City-State-ZIP: Greenville, SC 29607
Telephone Number: (H) 864-288-5605 / (M) 864-992-7104
E-mail Address: atpg-tech@charter.net

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ☐ No

Nature of Suit Code: 508
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: DOD
Number of Claims Involved: _____

Amount Claimed: $ 750,000,000.00
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
 Is plaintiff a small business? ☐ Yes ☐ No
 Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No. _____
 protest before the GAO?
 If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

Received – USCFC
MAY 31 2023

182