## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LARRY GOLDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES,<br><br>　　　　Defendant. | No. 23-811 C<br><br>Judge Matthew H. Solomson |

## **NOTICE OF APPEARANCE**

To the Clerk:

　　Please enter the appearance of Grant D. Johnson as attorney of record for the United States. Service of all papers by mail through the United States Postal Service should be addressed as follows:

Grant D. Johnson
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC  20530

Service of all papers by other methods, such as Federal Express and messenger, should be addressed as follows:

Grant D. Johnson
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW, Room 8002
Washington, DC  20005

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

GARY L. HAUSKEN
Director

<u>/s/ Grant D. Johnson</u>
GRANT D. JOHNSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC  20530
Grant.D.Johnson@usdoj.gov
(202) 305-2513

COUNSEL FOR THE DEFENDANT,
THE UNITED STATES

June 12, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing "Notice of Appearance" was sent on June 12, 2023 via First Class Mail and e-mail to:

Larry Golden
740 Woodruff Road #1102
Greenville, SC 29607
atpg-tech@charter.net
Plaintiff, *pro se*

/s/ Grant D. Johnson
Grant D. Johnson
Department of Justice