# In the United States Court of Federal Claims

No. 23-811C

(Filed: June 15, 2023)

|  |  |
|---|---|
| **LARRY GOLDEN,** | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) ) |
| **THE UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) ) ) ) |

## ORDER

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, to promote the efficient administration of justice, and based on the agreement of both judges, the Clerk is directed to transfer the above-captioned case to the Honorable Judge Eric G. Bruggink.

Accordingly, the Court hereby **GRANTS** Defendant's motion to transfer the above-captioned case to Judge Bruggink.

**IT IS SO ORDERED**.

s/Matthew H. Solomson  
Matthew H. Solomson  
Judge