# In the United States Court of Federal Claims

Case No. 23-811 C
Filed: June 15, 2023

**LARRY GOLDEN,**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**
**Judge Eric G. Bruggink**

      Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.

_____
Lisa L. Reyes
Clerk of Court