# DEPARTMENT OF DEFENSE (DOD)
# DEFENSE THREAT REDUCTION AGENCY (DTRA)

| iTAK | ATAK | | | | WinTAK | |
|---|---|---|---|---|---|---|
| **Apple iPhone 12 Smartphone** | **Google Pixel 5 Smartphone** | **Samsung Galaxy S21 Smartphone** | **LG V60 ThinQ 5G** | **Asus / Qualcomm Smartphone for Snapdragon Insiders** | **Samsung Galaxy Book2 Pro 360 [PC Mode or Tablet Mode]** | **HP ZBook Fury 15.6 Inch G8 Mobile Workstation PC** |
| **Chipset:** Apple A14 Bionic (5 nm). **CPU:** Hexa-core (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm). | **Chipset:** Qualcomm Snapdragon 765G **CPU:** Octa-core (1 × 2.4 GHz Kryo 475 Prime | **Chipset:** Qualcomm SM8350 **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz | **Chipset:** Qualcomm SM8250 **CPU:** Octa-core (1x2.84 GHz Cortex-A77 & 3x2.42 GHz | **Chipset:** Qualcomm SM8350 **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz | **CPU:** Intel® Core™ i5-1235U / Intel® Core™ i7-1255U. Processor Speed 1.3GHz / 1.7 GHz. | **CPU:** 11th Generation Intel® Xeon® W-11955M vPro® with Intel® UHD Graphics |
| **OS:** Apple iOS 14.1, upgradable to iOS 16.1 | **OS:** Google Android 11, upgradable to Android 13 | **OS:** Google Android 11, upgradable to Android 13 | **OS:** Google Android 10, upgradable to Android 13 | **OS:** Google Android 11 | **OS:** Preinstalled Microsoft Windows 11 | **OS:** Preinstalled Microsoft Windows 11 Pro2 |
| **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc |

28 U.S. Code § 1498 (a): "Whenever an invention described in and covered by a patent of the United States is *used* [in the above chart Golden have three inventions that are covered by his U.S. Patents—CMDC Devices; CPUs; and Multi Sensor Detection Devices—that's being "*used*" by the United States] … by or for the United States without license of the owner thereof or lawful right to *use* or manufacture the same, the owner's remedy shall be by action against the United States in the United States Court of Federal Claims for the recovery of his reasonable and entire compensation for such *use* and manufacture."

Therefore, until the Government can prove the iTAK, the ATAK, and the WinTAK, that are interconnected to Golden's patented CMDC Devices, CPUs, and Multi Sensor Detection Devices, can operate and function without the three essential patented inventions of Golden; the United States have "*used*", and continues to "*use*" Golden's patented inventions "without license of the owner thereof or lawful right…"

iTAK was developed for the Apple iOS operating systems; ATAK was developed for the Google Android operating systems; and WinTAK was developed for the Microsoft Windows operating systems.