**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LARRY GOLDEN, | |
| Plaintiff, | No. 23-811 C |
| v. | Senior Judge Eric G. Bruggink |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT THE UNITED STATES'**
**NOTICE REGARDING RELATED PROCEEDINGS**

As noted in the Government's currently pending Motion to Dismiss (Dkt. 10), Plaintiff Larry Golden separately filed a patent infringement suit against Google in the Northern District of California, accusing the same Google Pixel smartphone models of infringement that he accused in the present case and asserting the same patents that he asserted in the present case. *See* Dkt. 10 at 6; *compare* Dkt. 1 (Complaint) *with* Dkt. 10-4 (Complaint in *Golden v. Google* (N.D. Cal.)).

The Government respectfully submits this Notice to provide the Court with the April 3, 2024 Order of the Northern District of California, granting Google's motion to dismiss that suit and denying Mr. Golden leave to further amend his complaint. *See Golden v. Google*, Case No. 3:22-cv-05246-RFL (N.D. Cal. Apr. 3, 2024). A copy of that Order is attached as Exhibit 1.

In its Order, the Northern District of California observed that "Golden does not allege that" the Defense Threat Reduction Agency ("DTRA")—the Government agency accused of infringement in the present case, *see* Dkt. 1—"directly infringed the patents-in-suit" in that case and the present case. Ex. 1 at 5–6. "To the contrary," the court found, "Golden concedes that there was no such direct infringement by" the DTRA. *Id.* (citing Mr. Golden's statement in his

- 1 -

- 2 -

*Golden v. Google* First Amended Complaint that "no single party carried out all the steps of Plaintiff's patented inventions, that would constitute infringement").  A copy of Mr. Golden's cited filing from *Golden v. Google* containing that statement (at p. 3) is attached as Ex. 2.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

SCOTT BOLDEN
Director


/s/ Grant D. Johnson
GRANT D. JOHNSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC  20530
*Grant.D.Johnson@usdoj.gov*
(202) 305-2513

COUNSEL FOR THE DEFENDANT,
THE UNITED STATES

April 4, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing "DEFENDANT THE UNITED STATES'

NOTICE REGARDING RELATED PROCEEDINGS" was sent on April 4, 2024 via First Class

Mail and e-mail to:

Larry Golden
740 Woodruff Road
#1102
Greenville, SC 29607
atpg-tech@charter.net


/s/ Grant D. Johnson
Grant D. Johnson
Department of Justice