# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Larry Golden, Pro Se Plaintiff

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

(P) 864-992-7104

(E) atpg-tech@charter.net

| | |
|---|---|
| LARRY GOLDEN,<br><br>*Plaintiff*,<br><br>V.<br><br>THE UNITED STATES,<br><br>*Defendant*. | Case No: <u>1:23-cv-00811-EGB</u><br><br>**Patent Infringement**<br><br>April 9, 2024 |

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rules of Evidence Rule 201. Judicial Notice of Adjudicative Facts: (b) This court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. (c) The court: (2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

Courts may take judicial notice of matters of record in other proceedings. *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803, n.2 (9th Cir. 2002); *United States v. S. California Edison Co.*, 300 F. Supp. 2d 964, 973 (E.D. Cal. 2004)

Attached as **Exhibit 1** is a copy of Plaintiff's Motion for Reconsideration and Motion for Disqualification filed in a related case [*Golden v. Google LLC*, NDC case no. 22-cv-05246-RFL], on the same grounds Plaintiff is requesting the Judge in this case disqualify.

Sincerely,

s/ *Larry Golden*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of April, 2024, a true and correct copy of the foregoing "Plaintiff's Request for Judicial Notice", was served upon the following Defendant via e-mail:

Grant D. Johnson
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Grant.D.Johnson@usdoj.gov
(202) 305-2513

s/ *Larry Golden*

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-288-5605