# In the United States Court of Federal Claims

No. 23-811 C

Filed: April 24, 2024

```
*************************************
LARRY GOLDEN,                       *
         Plaintiff,                 *
                                    *         JUDGMENT
    v.                              *
                                    *
                                    *
THE UNITED STATES,                  *
         Defendant.                 *
*************************************
```

Pursuant to the court's Order, filed April 23, 2024, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for failure to state a claim.

>                                    Lisa L. Reyes
>                                    Clerk of Court
>
>                               By:  *Ashley Reams*
>                                    Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Effective December 1, 2023, the appeals fee is $605.00.