
# In the United States Court of Federal Claims

Larry Golden
               Plaintiff(s),

v.

THE UNITED STATES,
               Defendant.

Case No. 1:23-cv-00811-EGB

Judge Eric G. Bruggink

## NOTICE OF APPEAL

Notice is hereby given that **Larry Golden** (list all parties taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the **Reported Order; Judgement; Unreported Order** (describe document being appealed; e.g. final judgment, order) entered in this action on **4/23/24; 4/24/24; 7/30/24** (filed date of document being appealed).

(Signature of Appellant or Attorney)

Larry Golden
(Printed Name)

740 Woodruff Rd., #1102
(Street Address)

Greenville, SC 29607
(City, State, ZIP Code)

864-992-7104
(Phone Number)

Received – USCFC
AUG 2 2 2024